# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

August 26, 2020

**VIA ECF**
Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Application granted. Defendant's sentencing memo is due 8/3/120. The Government's submission should be filed by 9/3/20.

SO ORDERED.

*Cathy Seibel*    8/26/20
CATHY SEIBEL, U.S.D.J.

Re: **United States v. Jeffrey Compres**
    Case No.: 7:19-cr-00271-CS

Dear Honorable Judge Seibel:

We are attorneys for Jeffrey Compres. Mr. Compres is scheduled to be sentenced by Your Honor on September 8, 2020.

We are awaiting certain documents from his family members in order to complete our sentencing memorandum. Thus, we respectfully request Your Honor's permission to file our sentencing memorandum by August 31, 2020.

Please know that Samuel Raymond, the Assigned Assistant, consents to our request.

Thank you in advance for your courtesy and consideration.

Respectfully submitted,

*Deveraux Cannick*
Deveraux L. Cannick

DLC/ad
Cc: AUSA Samuel Raymond via email: Samuel.Raymond@usdoj.gov